of Appeals for the Second Circuit denied. *Mr. Leo H. Klugherz* for petitioner. *Solicitor General Biddle* and *Messrs. Wendell Berge, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 691. CHICAGO & NORTH WESTERN RAILWAY Co. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Nelson Trottman* and *William T. Faricy* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 693. BAKER ET AL. *v.* UNITED STATES. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. A. G. Bush, W. R. Donham, L. E. Gwinn,* and *Jacob N. Halper* for petitioners. *Solicitor General Biddle* and *Messrs. Wendell Berge, Herbert Wechsler, William J. Connor,* and *M. Joseph Matan* for the United States.

No. 694. LUZON BROKERAGE Co., INC. *v.* PUBLIC SERVICE COMMISSION ET AL. February 17, 1941. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Mr. L. D. Lockwood* for petitioner. *Mr. Nathan R. Margold* for respondents.

No. 695. DETROIT & WINDSOR FERRY Co. *v.* WOODWORTH, FORMER COLLECTOR OF INTERNAL REVENUE. February 17, 1941. Petition for writ of certiorari to the